Fernando D. Vargas, Esq. (*State Bar Number: 129284*)
Donald W. Matejka, Esq. *(State Bar Number: 189911)*
**LAW OFFICES OF FERNANDO D. VARGAS**
9411 Haven Avenue, Suite 203
Rancho Cucamonga, California 91730
Telephone: (909) 982-0707
Facsimile: (909) 982-7182

Attorney for Plaintiff, MATTHEW BRIAN ISZARD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MATTHEW BRIAN ISZARD, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY BARRERA, UNITED STATES POSTAL SERVICE and DOES 1 through 10, Inclusive <br><br> Defendant. | CASE NO. <br><br> **COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT 28 U.S.C. §§ 1346(b), et seq.** |

Plaintiff MATTHEW ISZARD, complaining against defendants, ANTHONY BARRERA, AND UNITED POSTAL SERVICE and DOES 1 through 10, alleges:

### NATURE OF ACTION

This is an action brought against ANTHONY BARRERA, AND UNITED STATES POSTAL SERVICE, pursuant to the Federal Tort Claims Act as a consequence of torts committed by ANTHONY BARRERA, AND UNITED STATES POSTAL SERVICE.

///

## JURISDICTION

1. The jurisdiction of the court is based upon the Federal Tort Claim Act, 28 U.S.C. §§ 1346(b), 2671-2680 and 28 U.S.C. § 1331.

2. Plaintiff at all times herein is and was a citizen of the United States. Plaintiff was a resident of the State of California, County of San Bernardino at the time of the incident.

3. Plaintiff filed a timely administrative claim with the UNITED STATES POSTAL SERVICE on June 3, 2020. The claim was not accepted nor denied by the defendant.

4. The amount in controversy exceeds $75,000.00.

## VENUE

5. Venue is proper under 28 U.S.C. § 1402(b), because the accident which is the subject of this complaint occurred in this judicial district.

## CLAIM FOR RELIEF

6. Defendant is the UNITED STATES POSTAL SERVICE, an independent agency of the executive branch of the United States Federal Government.

7. Defendant UNITED STATES POSTAL SERVICE was the legal owner of the vehicle driven by one of its employees, Defendant ANTHONY BARRERA at the time of the subject incident.

8. Plaintiff is ignorant of the true names and capacities of defendants named herein as DOES 1 through 10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereupon alleges, that each of the fictitiously named defendants is negligently responsible in some manner for the occurrences herein alleged, and plaintiffs' injuries as herein alleged were proximately caused by the negligence of these defendants.

9. Plaintiff was injured by the negligent driving of Defendant ANTHONY BARRERA, while in the course and scope of his employment with Defendant UNITED STATES POSTAL SERVICE. Plaintiff was also the legal owner of the vehicle involved in the subject incident. As a result of the incident, Plaintiff's vehicle sustained major damage.

10. At all times herein mentioned, Defendant UNITED STATES POSTAL SERVICE and DOES 1 through 10, Inclusive, and each of them, owned, operated, maintained or controlled the actions

1  of its employees while on duty.

2      11.    That on April 17, 2018, Defendant ANTHONY BARRERA, an employee of defendant, UNITED STATES POSTAL SERVICE drove his vehicle at an unsafe speed causing the employee to strike the vehicle driven and owned by Plaintiff.  As a result of the subject incident, Plaintiff suffered the injuries and damages herein described.

    12.    As a proximate result of the negligence of the defendants, and each of them, Plaintiff, MATTHEW ISZARD was caused to be seriously injured.  Plaintiff, MATTHEW ISZARD suffered medical costs and great pain of body and mind and has incurred or will need to incur in the future expenses for medical attention and care far in excess of $75,000.00.

    13.    Plaintiff respectfully demands a Jury Trial.

WHEREFORE, Plaintiff respectfully prays for judgment against the defendants as follows:

    1.    As to Plaintiff MATTHEW ISZARD for damage in the sum of $1,000,000 plus interest and costs.

    2.    For such other and further relief as the Court may deem just and proper.

Dated: June 25, 2021    **LAW OFFICES OF FERNANDO D. VARGAS**

By: */s/Fernando D. Vargas*
FERNANDO D. VARGAS, ESQ.
Attorney for MATTHEW ISZARD

3

**COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT 28 U.S.C. §§ 1346(b), et seq.**