# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BRIAN ISZARD, | ) Case No. 5:21-cv-01079-SP |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| ANTHONY BARRERA, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Granting Dismissal, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 6, 2023

_____
SHERI PYM
United States Magistrate Judge